UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 00-cv-02360-MJW-~~OES~~ MEH

DAVID H. CLANCY,

        Plaintiff,

v.

CHARLES A. MILLER, et al.,

        Defendants,

and

TIMROTH CONSTRUCTION INC.,

        Garnishee.

## GARNISHEE ORDER
(Docket No 106)

On motion of the defendant/counterclaimant/cross-claimant United States of America, and good cause appearing, IT IS HEREBY ORDERED that Garnishee TIMROTH CONSTRUCTION INC. shall, each pay period, pay 25% of Defendant's disposable wages to the United States and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

BY THE COURT:

Dated: April 21, 2006

_[signature]_
~~UNITED STATES DISTRICT JUDGE~~

MICHAEL J. WATANABE
MAGISTRATE JUDGE