IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 00-cv-02360-MJW-MEH

DAVID H. CLANCY,

    Plaintiff,

v.

CHARLES A. MILLER, et al.,

    Defendant,

and

TIMROTH CONSTRUCTION INC.,

    Garnishee.

## ORDER DISMISSING WRIT OF GARNISHMENT
(Docket No. 111)

This matter coming before the Court on motion of the Plaintiff, and the Court being fully advised in the premises hereby **ORDERS** that the Motion to Dismiss Writ of Garnishment in this case is GRANTED.

ORDERED and entered this 30TH day of MAY, 2006.

BY THE COURT:

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDG